

FILED
IN OPEN COURT

FEB 13 2024

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 4:23-cr-91 |
| v. | ) |
| | ) 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| TORREAN DONTAE WHITLOW, | ) Possession with Intent to Distribute |
| | ) Methamphetamine and Cocaine |
| Defendant. | ) (Count 1) |
| | ) |
| | ) 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) Possession with Intent to Distribute Cocaine |
| | ) (Count 2) |
| | ) |
| | ) 18 U.S.C. § 924(c)(1)(A) |
| | ) Possession of a Firearm in Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) (Count 3) |
| | ) |
| | ) 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | ) Felon in Possession of a Firearm |
| | ) (Count 4) |
| | ) |
| | ) 18 U.S.C. § 924(d); 21 U.S.C. § 853; |
| | ) 28 U.S.C. § 2461(c) |
| | ) Forfeiture Notice |

**SUPERSEDING INDICTMENT**

February 2024 TERM - at Newport News

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Possession with the Intent to Distribute Methamphetamine and Cocaine)

On or about July 12, 2023, in Hampton, Virginia, in the Eastern District of Virginia, the defendant, TORREAN DONTAE WHITLOW, knowingly and intentionally possessed with intent to distribute a mixture and substance containing detectable amounts of methamphetamine and cocaine, schedule II narcotic controlled substances.

(In violation of Title 21 United States Code, Sections 841(a)(1), (b)(1)(C)).

## COUNT TWO

(Possession with the Intent to Distribute Cocaine)

On or about July 12, 2023, in Hampton, Virginia, in the Eastern District of Virginia, the defendant, TORREAN DONTAE WHITLOW, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a schedule II narcotic controlled substance.

(In violation of Title 21 United States Code, Sections 841(a)(1), (b)(1)(C)).

## COUNT THREE

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about July 12, 2023, in Hampton, Virginia, in the Eastern District of Virginia, the defendant, TORREAN DONTAE WHITLOW, knowingly possessed a firearm, to wit: a Taurus pistol, serial number ADG450100, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture and substance containing detectable amounts of methamphetamine and cocaine and a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1), as charged in Counts One and Two of this Indictment, which is incorporated by reference herein.

(In violation of Title 18 United States Code, Section 924(c)(1)(A)).

## COUNT FOUR

(Felon in Possession of a Firearm)

On or about July 12, 2023, in Hampton, Virginia, in the Eastern District of Virginia, the defendant, TORREAN DONTAE WHITLOW, having knowingly been convicted of a felony crime punishable by imprisonment for a term exceeding one year, knowingly and unlawfully possessed in and affecting interstate commerce, a firearm, to wit: a Taurus pistol, serial number ADG450100, said firearm having been transported in interstate and foreign commerce.

(In violation of Title 18 United States Code, Section 922(g)(1) and 924(a)(8)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. The defendant, if convicted of the violation alleged in Counts One and Two of the indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any property obtained, directly or indirectly, as a result of the violation; and

    b. Any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

4. The property subject to forfeiture includes, but is not limited to, a Taurus pistol, serial number ADG450100 referenced in Counts Three and Four, and any related magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c)).

UNITED STATES v. TORREAN DONTAE WHITLOW
Criminal No. 4:23-cr-91

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON


JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Marcus Johnson
Special Assistant United States Attorney
United States Attorneys' Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
marcus.johnson3@usdoj.gov

6